UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

Norman Maurice Rowe, M.D., M.H.A., L.L.C. et al.,

    Plaintiffs,

  -against-                                        23-cv-08527

Aetna Life Insurance Company,

    Defendant.

————————————————————————X

**ORDER**

McMahon, J.:

    Aetna filed its Motion to Dismiss on October 20, 2023. However, plaintiffs never filed an opposition with this court. Instead, plaintiffs have only mailed their opposition brief to opposing counsel.

    Plaintiffs are instructed to file their opposition brief properly and send a courtesy copy to chambers immediately. The conference scheduled for January 11, 2024, is adjourned *sine die* until resolution of the motion to dismiss.

Dated: January 8, 2024

                                                                      U.S.D.J.

BY ECF TO ALL COUNSEL