UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Norman Maurice Rowe, M.D., M.H.A., L.L.C. et al.,

    Plaintiffs,

-against-                                                                                                 23-cv-08527

Aetna Life Insurance Company,

    Defendant.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2024
```

**ORDER**

McMahon, J.:

    Plaintiffs' counsel has until 5 p.m. on Friday, January 19, 2024, to file their responsive papers on ECF. If plaintiffs fail to do so, the court will ignore their opposition, even though Aetna attached them as an exhibit to its reply brief.

Dated: January 17, 2024

                                                                /s/ Colleen McMahon
                                                                        U.S.D.J.

BY ECF TO ALL COUNSEL